FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>Leon Juan Calhoun,<br><br>   Defendant. | Case No.: MJ 08-01486<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Northern District of Alabama for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior repeated failures to appear as directed by U.S. Probation Office

1 | _and disregard of terms of supervised release on_
2 | _repeated basis_
3 |
4 | and/or
5 | B. [X] The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _prior extensive criminal history_
10 |
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 6-20-08
18 |
19 |
20 | JEFFREY W. JOHNSON
     UNITED STATES MAGISTRATE JUDGE